UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DERECK D. TAYLOR, Plaintiff | CIVIL DOCKET NO. 1:20-CV-0214-P |
| VERSUS | JUDGE DRELL |
| CHRIS HAZEL, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 13), and after a *de novo* review of the record including the Objection filed by Plaintiff (ECF No.15), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Complaint (ECF Nos. 1, 5) are hereby DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 23rd day of April, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE